```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
FEDERICO MORA,

                    Plaintiff,           20-cv-739 (JGK)

        - against -                      ORDER

BB MANAGEMENT OF NEW YORK CORP. et
al.,

                    Defendants.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The parties should submit a Rule 26(f) report by May 8, 2020.

**SO ORDERED.**

**Dated:**   New York, New York
            April 23, 2020            ___/s/ John G. Koeltl_____
                                            John G. Koeltl
                                       United States District Judge