UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

FEDERICO MORA,                          20 Civ. 739 (JGK)

              Plaintiff,        ORDER

   - against -

BB MANAGEMENT OF NEW YORK CORP. et al.,

             Defendants.
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are directed to file a status report by **October 30, 2020**.

SO ORDERED.

Dated:   New York, New York
        October 21, 2020

                           /s/ John G. Koeltl
                           John G. Koeltl
                           United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/20